UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAUL LANE, | CASE NO.:  2:11CV966 |
| Plaintiff, | JUDGE:  TERENCE P. KEMP |
| vs. | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| CITY OF PICKERINGTON, Personnel Appeals Board, et al., | |
| Defendants. | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants City of Pickerington Personnel Appeals Board, City of Pickerington and Chief Michael D. Taylor, each party to bear their own cost.

IT IS SO ORDERED.

/s/ Terence P. Kemp
JUDGE TERENCE P. KEMP

| | |
|---|---|
| *s/John C. Camillus (per email consent 4/7/17)*<br>JOHN C. CAMILLUS  (0077435)<br>Law Offices of John C. Camillus, LLC<br>P.O. Box 141410<br>Columbus, OH  43214<br>(614) 558-7254<br>(614) 559-6731 – Fax<br>Email: jcamillus@camilluslaw.com<br>*Counsel for Plaintiff* | *s/John T. McLandrich*<br>JOHN T. MCLANDRICH  (0021494)<br>TAMI Z. HANNON  (0079812)<br>Mazanec, Raskin & Ryder Co., L.P.A.<br>100 Franklin's Row; 34305 Solon Road<br>Cleveland, OH 44139<br>(440) 248-7906; (440) 248-8861 – Fax<br>Email:   jmclandrich@mrrlaw.com<br>            thannon@mrrlaw.com<br>*Counsel for Defendants City of Pickerington Personnel Appeals Board and City of Pickerington* |
| *s/Mark Landes (per email consent 4/6/17)*<br>MARK LANDES  (0027227)<br>CAROLYN E. GUTOWSKI  (0085748)<br>Isaac, Wiles, Burkholder & Teetor, LLP<br>Two Miranova Place, Suite 700<br>Columbus, OH  43215<br>(614) 221-2121; (614) 365-9536 – Fax<br>Email: marklandes@isaacwiles.com<br>*Counsel for Chief Michael D. Taylor* | |